Edward G. Hamel (AZ SBN 036364)
**MAYESTELLES PLLC**
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-1927
Telephone:  602.714.7900
Facsimile: 602.357.3037
Hamel_courts@mayestelles.com
*Attorney for Movant / Claimant Daniel Arroyo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel R. M. Arroyo | Case No. CV 22-02164-JAT |
| Movant, | |
| v. | **MOTION TO CONSOLIDATE** |
| U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives; United States of America; Steven M. Dettelbach, Director Bureau of Alcohol, Tobacco, Firearms and Explosives, in his official capacity; Patrick Sean Sander, Special Agent, in his official capacity | |
| Respondents. | |
| United States of America, | Case No. CV 23-01499-GMS |
| Plaintiff, | |
| v. | |
| Browning 1919A6 .30 Caliber Rifle, SN:958501, and, Browning M-2 .50 Caliber Rifle, SN:332569 | |
| Defendants *In Rem*. | |

Plaintiff (Movant and Claimant) Daniel Arroyo, hereby moves, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to consolidate the above captioned cases currently pending in the United States District Court for the District of Arizona. Both cases involve claims to the same property, that is the *In Rem* property listed as defendants in the later dated

1

action.    Both cases are related causes of action between Mr. Arroyo and the United States Government, and both arise from the same set of facts, namely the United States Bureau of Alcohol, Tobacco, Firearms and Explosives April 19, **2022** seizure of Mr. Arroyo's property and the due process that Mr. Arroyo should be afforded under the Civil Asset Forfeiture Reform Act of 2000 ("CAFRA").

Courts should construe and administer the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. Under Federal Rule of Civil Procedure 42, a court may consolidate actions if they "involve a common question of law or fact." Fed. R. Civ. P. 42(a)(2). District courts have "broad discretion" under Rule 42 "to consolidate cases pending in the same district." *Invs. Research Co. v. U.S. Dist. Ct. for Cent. Dist. of Cal.,* 877 F.2d 777, 777 (9th Cir. 1989).

Here, identical related claims premised on identical facts, seeking identical relief from identical parties. Mr. Arroyo's Rule 41(g) motion in the above captioned-case related directly to the *In Rem* complaint belatedly filed in CV 23-01499-GMS. Accordingly, consolidation is appropriate under Federal Rule of Civil Procedure 42. Consolidation will save the parties and this Court the time and expense of duplicate filings, disclosures, discovery requests, depositions, and trials. Accordingly, consolidation is also appropriate in light of the concerns underlying Rule 1 of the Federal Rules of Civil Procedure.

For the foregoing reasons, consolidation is appropriate under the circumstances of these cases as it will not cause any inconvenience, confusion, or prejudice to any party, nor will it cause a delay in scheduled proceedings and will in fact promote efficiency. Accordingly, Mr. Arroyo respectfully asks this Court to consolidate these two pending actions concerning the seizure of his property.

DATED this 6th day October, 2023.

**MAYESTELLES PLLC**

By: */s/ Edward G. Hamel*
Edward G. Hamel
*Attorneys for Daniel Arroyo*

**MAYESTELLES PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 1000
PHOENIX, ARIZONA 85012-1927

2